IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUZ LUGO, YESENIA MARCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FARMERS PRIDE, INC., <br><br> Defendant. | Civil Action No. 07-CV-00749 <br><br> Honorable Michael M. Baylson |

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY <u>THE COLLECTIVE ACTION CLASS</u>**

1. Clint Brayton Declaration dated November 24, 2009
2. Defendant's Objections and Responses to First Set of Requests for Admission
3. Defendant's Objections and Responses to First Set of Interrogatories
4. Pertinent Excerpts of August 25, 2009 Deposition of Gladys Boyer
5. Pertinent Excerpts of June 8, 2009 Deposition of Seferina Caba
6. Pertinent Excerpts of September 9, 2009 Deposition of Seferina Caba
7. Pertinent Excerpts of July 9, 2009 Deposition of Alcibiades Castillo
8. Pertinent Excerpts of July 14, 2009 Deposition of Anita Camasta
9. Pertinent Excerpts of June 11, 2009 Deposition of Carmen Custodio
10. Pertinent Excerpts of August 20, 2009 Deposition of Judy Eby
11. Pertinent Excerpts of August 13, 2009 Deposition of Raymond Garcia
12. Pertinent Excerpts of September 10, 2009 Deposition of Joseph Gardner
13. Pertinent Excerpts of June 10, 2009 Deposition of Diana Cedeno Gibson
14. Pertinent Excerpts of September 4, 2009 Deposition of Diana Cedeno Gibson
15. Pertinent Excerpts of September 10, 2009 Deposition of Faridi Vargas Gomez
16. Pertinent Excerpts of August 19, 2009 Deposition of William Gruber
17. Pertinent Excerpts of July 15, 2009 Deposition of Sherry Gundrum
18. Pertinent Excerpts of August 12, 2009 Deposition of Elliot Hernandez
19. Pertinent Excerpts of July 8, 2009 Deposition of Johnny Torres Maldonado
20. Pertinent Excerpts of September 10, 2009 Deposition of Johnny Torres Maldonado
21. Pertinent Excerpts of January 24, 2008 Deposition of Yesenia Marco
22. Pertinent Excerpts of October 8, 2009 Deposition of Yesenia Marco
23. Pertinent Excerpts of July 7, 2009 Deposition of Wilfredo Blanco Maya
24. Pertinent Excerpts of September 1, 2009 Deposition of Diane Mehalko
25. Pertinent Excerpts of July 16, 2009 Deposition of Chad Merrell
26. Pertinent Excerpts of September 4, 2009 Deposition of Jose Polanco

27. Pertinent Excerpts of September 3, 2009 Deposition of Susan Ranck
28. Pertinent Excerpts of July 13, 2009 Deposition of Barbara Rhoads
29. Pertinent Excerpts of August 20, 2009 Deposition of Bruno Schmalhofer
30. Pertinent Excerpts of September 14, 2009 Deposition of Bruno Schmalhofer
31. Pertinent Excerpts of April 29, 2008 Deposition of Barbara Seabold
32. Pertinent Excerpts of September 2, 2009 Deposition of Barbara Seabold
33. Pertinent Excerpts of August 31, 2009 Deposition of Scott Sechler
34. Pertinent Excerpts of April 29, 2008 Deposition of Justin Sherwood
35. Pertinent Excerpts of July 17, 2009 Deposition of James Tobias
36. Pertinent Excerpts of July 10, 2009 Deposition of Carmen Torres
37. Pertinent Excerpts of September 3, 2009 Deposition of Otacilio Vicente
38. Pertinent Excerpts of February 5, 2008 Deposition of Illumiada Ythier
39. Pertinent Excerpts of August 18, 2009 Deposition of Illumiada Ythier
40. Handbook revised November 2003 D-011499 – 534
41. Handbook revised September 2004 D-011211 – 47
42. Handbook revised December 2004 D-011103 – 38
43. Handbook revised February 2005 D-00001 – 25
44. Handbook revised May 2008 D-030614 – 57
45. Email dated 10/9/08 from Anita Camasta D-013254
46. Handwritten notes by Bruno Schmalhofer -  D-47968-85
47. Standards to be maintained D027427-30
48. Job Safety Analysis D030776-801
49. Hazard Analysis Worksheet 5/23/07 - D011651-55
50. Hazard Analysis Worksheet 3/14/08 - D011656-59
51. Email dated 9/7/07 to Jim Tobias -  D041774
52. Punch reports for Porfiria Alvino D00653-708
53. Punch reports for Diana Cedeno D01745-78
54. Shift Schedules dated 5/9/01 - D011023
55. Shift Schedules dated 5/9/02 - D011091
56. Shift Schedules dated 6/1/04 - D011090
57. Shift Schedules dated 12/10/06 - D011078
58. Shift Schedules dated 5/23/05 - D0431
59. Shift Schedules dated 12/21/05 - D0432
60. Email dated 4/19/01 from William Gruber with attachment - D027219-21
61. Memo dated 4/22/01 - D031183-84
62. Memo dated 4/22/01 - D031189-90
63. Memo dated 4/19/01 - D031186-87
64. DOL Letter dated 5/21/02 - D047991-92
65. Declaration of James J. Tobias, Sr. executed October 9, 2009
66. Declaration of Iluminada Ythier executed October 13, 2009
67. Ken Mericle Expert Report
68. Employee Warning Report for Yesenia Marco dated June 7, 2005 – D08822
69. Probationary Employee Progress Report for Jessica Rosario dated May 5, 2008 – D050141
70. Declaration of Joyce Marie Rubendall, November 11, 2009