IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUGO, *et al.*, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>FARMERS PRIDE, INC.,<br><br>   Defendant. | CIVIL ACTION NO.: 07-CV-00749 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2009, upon consideration of Defendant Farmers Pride, Inc.'s Motion to Decertify the Collective Action Class, and Plaintiffs' response thereto, it is hereby ORDERED that Defendant's Motion is DENIED except with respect to the opt-in Plaintiffs who worked solely in Defendant's sanitation department. The class definition approved by the Court on March 31, 2008 is amended so that it does not include employees who worked in the sanitation department. Defendant's Motion is denied with respect to the rest of the Class. Based upon its employment records, Defendant shall file a declaration with the Court within ten days identifying the opt-in Plaintiffs who worked solely in the sanitation department.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.