IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

**ORDER**

AND NOW, this 25th day of August, 2010, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

1. Defendant's Motion to Decertify the Collective Action Class (Doc. 432) is GRANTED;

2. Plaintiffs shall advise the Court within fourteen (14) days of their intentions and proposal concerning a collective action or otherwise;

3. Defendant may then respond within fourteen (14) days; and

4. A pretrial conference is scheduled for September 29, 2010, at 3:30 p.m., and will be held by teleconference unless all counsel prefer an in-court hearing.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-0749 Lugo v. Farmer's Pride\Lugo v. Farmer's Pride Order re Mot to Decertify.wpd