IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

**ORDER GRANTING PARTIAL COLLECTIVE ACTION FOR TRIAL**

AND NOW, this     9th     day of December, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. As a follow up to the Memorandum and Order dated August 25, 2010 (Doc. Nos. 491 and 492), the Court will certify for trial a class of Plaintiffs defined as those Plaintiffs who worked in the Deboning Department on the Third Shift from the period of February 23, 2004 to December 31, 2007, and for Plaintiffs' claims for not being paid for meal periods.

2. Counsel shall confer on a pretrial schedule for such matters as they believe are appropriate and a proposed trial date, and shall submit either a joint order, or separate orders, for the Court's consideration, by Friday, December 17, 2010.

3. The Court will have a recorded pretrial conference by telephone on Tuesday, December 21, 2010 at 10:00 a.m. Plaintiffs' counsel will initiate the call, and when all counsel are on the line, call chambers at 267.299.7520.

4. The case will remain in suspense pending the trial of this limited class claim.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-0749 Lugo v. Farmer's Pride\Lugo v. Farmer's Pride Order 12-8-10.wpd