IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

**PRETRIAL SCHEDULING ORDER**

By previous Memorandum and Order granting partial collective action for trial (ECF Nos. 504 and 505), the Court directed counsel to suggest appropriate pretrial schedules and held a recorded telephone conference on December 21, 2010. The Court had reviewed the submissions of both counsel and took them into account in determining the following schedule, as reflected in the transcript:

1. The Court anticipates that counsel will attempt to stipulate as to the identity of the members of the subclass that will proceed to trial, as identified in the Memorandum and Order dated December 9, 2010. Within a reasonably prompt period of time, Defendant shall provide its records concerning the identity of all such individuals, which may be subject to amendment or modification, as circumstances require. Plaintiffs shall review this information with their own clients. Any dispute as to the identity of the class members may be the subject of pretrial motion or may have to be submitted to a jury for resolution.

2. Plaintiffs' expert reports shall be due January 21, 2011.

3. Defendant's expert reports shall be due February 21, 2011.

4. Expert depositions shall be completed by March 5, 2011, and are limited to five (5) hours for each expert.

5. Dispositive motions and any <u>Daubert</u> motions shall be due March 31, 2011.

6. Plaintiffs' pretrial memorandum shall be due April 15, 2011.

7. Defendant's pretrial memorandum shall be due April 30, 2011.

8. Argument on all open motions will be held on Tuesday, May 24, 2011 at 4:00 p.m. in Courtroom 3A (3rd Floor).

9. Although counsel may file any motion at any time, the Court suggests that motions relating to the conduct of the trial, such as motions in limine, bifurcation, etc., await the oral argument.

10. A trial date will be set at the oral argument.

BY THE COURT:

s/Michael M. Baylson

Date:  12/23/10

Michael M. Baylson

O:\CIVIL 07-08\07-0749 Lugo v. Farmer's Pride\Lugo v. Farmer's Pride - PT Scheduling Order.wpd