DATE OF NOTICE: June 9, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

**AMENDED NOTICE**

The oral argument, scheduled for June 11, 2011 with the Honorable Michael M. Baylson, will now be held on **Friday, June 17, 2011 at 2:00 p.m.** in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia, PA.

   s/Lynn Meyer
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:  Carolyn Cottrell, Esquire (e-mail)
Clint Brayton, Esquire (e-mail)
Philip Downey, Esquire (e-mail)
Todd Schneider, Esquire (e-mail)
James Wells, Esquire (e-mail)
Shanon Carson, Esquire (e-mail)
George Werner, Esquire (fax & e-mail)
Jill Welch, Esquire (fax & e-mail)
Ara Ahmed, Esquire (e-mail)
Gregory Robertson, Esquire (mail)
Michael Mueller, Esquire (fax)
Ryan Glasgow, Esquire (e-mail)
Ellen Noteware, Esquire (e-mail)

O:\Notices\Lugo v. Farmers 07-749 - amended oral arg.wpd