# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| v. | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

## ORDER RE: PLAINTIFFS' MOTION TO LIMIT DEFENDANT'S EXPERT TESTIMONY

AND NOW, on this 23rd day of June 2011, upon consideration of Plaintiffs' Motion to Limit Jeffrey E. Fernandez, Ph.D.'s Testimony at Trial (ECF No. 513), and the response thereto, and following oral argument on the motion, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-0749 Lugo v. Farmer's Pride\Lugo v. Farmer's Pride - Daubert order.wpd