IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUZ LUGO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARMER'S PRIDE INC. | : | NO. 07-0749 |

### ORDER RE: MOTIONS FOR SUMMARY JUDGMENT

AND NOW, this 20th day of July, 2011, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 510/511) and the responses thereto, Plaintiffs' Motion for Partial Summary Judgment (ECF No. 512) and the responses thereto, and following oral argument, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment (ECF No. 510/511) is GRANTED as to Plaintiffs' claims for liquidated damages, GRANTED as to the applicable two-year statute of limitations, and DENIED as to all other claims;

2. Plaintiffs' Motion for Partial Summary Judgment (ECF No. 512) is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

A:\Lugo v. Farmer's Pride - Order re MSJs.wpd