IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUGO, *et al.*, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION NO. 07-CV-00749 |
| | : |
| v. | : |
| | : |
| FARMERS PRIDE, INC. | : Honorable Michael M. Baylson |
| | : |
| Defendant. | : |

**JOINT MOTION FOR PRELIMINARY APPROVAL AND, ULTIMATELY, FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiffs and Defendant Farmers Pride, Inc. ("Farmers Pride"), jointly respectfully request that this Court: (1) preliminarily approve their proposed Settlement Agreement and authorize the parties to mail the proposed Notice of Proposed Class and Collective Action Settlement and Claim and Opt-In Consent Form to Settlement Class Members; (2) grant Plaintiffs leave to amend their operative Complaint to assert supplemental claims based on Pennsylvania state law; (3) certify a Pennsylvania state law settlement class and recertify a federal FLSA collective action class for purposes of settlement only; (4) schedule a hearing to consider final approval of the settlement (to be set approximately ninety days after the Court enters the proposed Preliminary Approval Order).; and (5) ultimately, finally approve of the settlement as fair, reasonable, and adequate. The parties jointly set forth their reasons in support of this motion in a memorandum filed herewith. A proposed Preliminary Approval Order is also being filed concurrently with this motion.

1

Respectfully submitted this 14th day of November, 2011.

| BERGER & MONTAGUE, P.C. | HUNTON & WILLIAMS LLP |
|---|---|
| ___/s/_____<br>Shanon J. Carson<br>James A. Wells<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Phone: (215) 875-4656<br>Facsimile: (215) 875-4604<br>*scarson@bm.net* | ___/s/_____<br>Michael J. Mueller* (D.C. Bar # 412025)<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, DC 20006<br>Phone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>*mmueller@hunton.com* |
| Todd M. Schneider<br>Clint J. Brayton<br>SCHNEIDER WALLACE COTRELL BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Phone: (415) 421-7100<br>Facsimile: (415) 421-7105<br>*cbrayton@schneiderwallace.com* | Ryan A. Glasgow* (Va. Bar # 71023)<br>HUNTON & WILLIAMS LLP<br>951 East Byrd Street<br>Richmond, VA 23219<br>Phone: (804) 788-8200<br>Facsimile: (804) 788-8218<br>*grobertson@hunton.com*<br>*rglasgow@hunton.com* |
| Philip A. Downey<br>P.O. Box 1021<br>Unionville, PA 19375<br>Phone: (610) 324-2848<br>Facsimile: (610) 813-4579<br>*downeyjustice@gmail.com*<br><br>Attorneys for Plaintiffs | George C. Werner (Pa. I.D. No. 28757)<br>Jill S. Welch (Pa. I.D. No 86232)<br>BARLEY SNYDER LLC<br>126 East King Street<br>Lancaster, PA 17602-2893<br>Phone: (717) 299-5201<br>Facsimile: (717) 291-4660<br>*gwerner@barley.com*<br>*jwelch@barley.com*<br><br>*Admitted pro hac vice*<br><br>Attorneys for Defendant Farmers Pride, Inc. |